Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

David Brownstein (195393)
Brownstein Firm APC
1 Park Plaza, Suite 600
Irvine, CA 92614
(949) 486-4404

☐ *Attorney for*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

Debtor(s),

Plaintiff(s),

vs.

Debtor(s).

CHAPTER

CASE NUMBER

☐ ADVERSARY NUMBER (if applicable)

☑ See attached list for multiple cases that require an update to the attorneys information

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM

(See page 2 for additional requirements)

The following information must be provided:

I, David I. Brownstein, 195393, david@brownsteinfirm.com
*Name* *Bar ID Number* *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

---

---

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to ______
New Firm/Government Agency Name Brownstein Firm APC
New Address ______
New Telephone Number ______ New Facsimile Number ______
New E-Mail Address ______

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**

- ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❑ **TO BE TERMINATED FROM THE CASE:****

- ❑ I am, or
  - ❑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**

- ❑ The order relieving me/the aforementioned attorney from my firm was entered on:______________
- ❑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
- ❑ I am, or
  - ❑ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

****This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 10/27/26 /s/ David I. Brownstein
Signature of Present Attorney

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

# EXHIBIT "A"

EXHIBIT "A"

**EXHIBIT "A"**
**Attorney David I. Brownstein**

| CASE NO. | CASE TITLE | CHAPTER/ Lead BK Case |
|---|---|---|
| 1:12-bk-11243-MB | Peter Brown Kleidman | 11 |
| 1:17-bk-10673-VK | Hermann Muennichow | 7 |
| 1:18-bk-11844-MB | Joe Wallace | 7 |
| 1:21-bk-10844-VK | Michael Chulak | 7 |
| 1:21-bk-11712-MB | Jeffrey Scott Aronson | 7 |
| 2:19-bk-23664-NB | Liat Talasazan | 7 |
| 2:23-bk-18208-NB | Meir Siboni | 7 |
| 2:24-bk-10104-VZ | Carla Monique Carey | 7 |
| 2:25-bk-14063-BB | Gabriel David Guerrero and Olivia Luna Guerrero | 7 |
| 2:26-bk-13503-VZ | PKG, Inc. | 11 |
| 8:19-bk-13858-SC | Bruce Elieff | 7 |
| 8:20-bk-10372-SC | Broadband Nation LLC | 7 |
| 8:20-bk-10373-SC | Heritage Colorado LLC | 7 |
| 8:20-bk-10374-SC | TDV Development Corporation | 7 |
| 8:25-bk-10136-SC | Foothill and Towne LLC | 7 |